■ IRENE MORSE et al., Respondents, v. PALATINE INSURANCE COMPANY, LIMITED, et al., Appellants.— In an action upon insurance policies issued by defendants, to recover damages caused by lightning, the defendants appeal from a judgment of the Supreme Court, Kings County, entered December 15, 1961 after a jury trial, in favor of plaintiffs. Judgment affirmed, with costs. No opinion. Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CENDER, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Richmond County, rendered October 31, 1958 after a jury trial, convicting him of burglary in the third degree and of petit larceny, and imposing sentence upon him as a second felony offender; and (2) from each intermediate order made in the action. Judgment affirmed. No opinion. Appeal from intermediate orders dismissed. No separate appeal lies from such orders; they have been reviewed on the appeal from the judgment. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.